AO 245B   (Rev. 6/2005) Judgment in a Criminal Case (Rev. USAO 10/2005; BJS 12/2005)
Sheet 1

# UNITED STATES DISTRICT COURT

WESTERN _____ District of _____ WASHINGTON

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|

**V.**

VICTOR R. SIGALA

Case Number: CR13-5111

Lauren M. Gotchy
Defendant's Attorney

FILED _____ LODGED
_____ RECEIVED

**APR 15 2013**

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

**THE DEFENDANT:**

☒  pleaded guilty to ~~count(s)~~   The single-count misdemeanor Information

☐  was found guilty on count(s) _____
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count No. |
|---|---|---|---|
| R.C.W. 46.61.502 | Driving Under the Influence of Intoxicating Liquor/Drugs (BAC <0.15) | 11/3/2012 | I |

The defendant is sentenced as provided in pages 2 through ___4___ of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☒ Count(s)  ~~II of the Information~~   (ML)   ☒ is ☐ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence   or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution,   the defendant must notify the court and United States Attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.:   **XXX-XX-2524**
(Last four digits only)

Defendant's Date of Birth   **XX-XX-1990**

USM No. _____

_____
Defendant's Signature

_____
Special Assistant United States Attorney

4/15/2013
Date of Imposition of Judgment

_____
Signature of Judge

THE HONORABLE J. RICHARD CREATURA

United States Magistrate Judge (add name of Judge)

4/15/2013
Date

AO 245B  (Rev. 6/2005) Judgment in a Criminal Case (Rev. USAO 10/2005; DJS 12/2005)
Sheet 1

DEFENDANT:     VICTOR R. SIGALA
CASE NUMBER:   CR13-5111

Judgment – Page __2__ of __4__

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total
term of: _____ 24 hours _____

_____

☒  The court makes the following recommendations to the Bureau of Prisons:

Federal Detention Center
2425 South 200th
SeaTac, WA 98198
(206) 870-5700

☐  The defendant is remanded to the custody of the United States Marshal.

☒  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☒  at __9:30__ a.m./p.m. on __26 April 2013_____

☐  as notified by the United States Marshal.

☐  As notified by the Probation or Pretrial Services Office.

☐  The defendant shall surrender to the United States Marshal for this district:

☐  at _____  ☐ a.m.  ☐ p.m.  on _____

☐  as notified by the United States Marshal.

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____
a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By  _____
DEPUTY UNITED STATES MARSHAL

AO 245B   (Rev. 6/2005) Judgment in a Criminal Case (Rev. USAO 10/2005; BJS 12/2005)
Sheet 5 – Criminal Monetary Penalties

Judgment – Page __3__ of __4__

DEFENDANT:      VICTOR R. SIGALA
CASE NUMBER:    CR13-5111

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | **Assessment** | **Fine** | **Processing** | **Restitution** |
|---|---|---|---|---|
| **TOTALS** | $ 25.00 | $ 350.00 | $ N/A | $ |

☐   The Court finds that the defendant is financially unable and is unlikely to become able to pay a fine and, accordingly, the imposition of a fine is waived.

☐   The determination of restitution is deferred until _____.  An *Amended Judgment in a Criminal Case* (AO245C) will be entered after such determination.

☐   The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below.  However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss\*** | **Restitution Ordered** | **Priority of Percentage** |
|---|---|---|---|
| **TOTALS** | $_____ | $_____ | |

☐   Restitution amount ordered pursuant to plea agreement   $_____

☐   The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f).  All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. 3612(g).

☐   The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☐   the interest requirement is waived for the   ■ fine   ☐ restitution.

☐   the interest requirement for the   ☐ fine   ☐ restitution is modified as follows:

\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B   (Rev. 6/2005) Judgment in a Criminal Case (Rev. USAO 10/2005; BJS 12/2005)
Sheet 6 -- Schedule of Payments

Judgment – Page  4  of  4

DEFENDANT:       VICTOR R. SIGALA
CASE NUMBER:    CR13-5111

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

☐   PAYMENT IS DUE IMMEDIATELY.  Any unpaid amount shall be paid:

☑   No later than ___6 months_____

☐   During the period of imprisonment, no less than _____% of their inmate gross monthly income or $25.00 per quarter, whichever is greater, to be collected and disbursed in accordance with the Inmate Financial Responsibility Program.

☐   During the period of supervised release, in monthly installments amounting to not less than _____% of the defendant's gross monthly household income, to commence 30 days after release from imprisonment.

☐   During the period of probation, in monthly installments amounting to not less than _____% of the defendant's gross monthly household income, to commence 30 days after the date of this judgment.

**The payment schedule above is the minimum amount that the defendant is expected to pay towards the monetary penalties imposed by the Court. The defendant shall pay more than the amount established whenever possible. The defendant must notify the Court, the United States Probation Office, and the United States Attorney's Office of any material change in the defendant's financial circumstances that might affect the ability to pay restitution.**

Unless the Court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment.

All criminal monetary penalties, except those payments made through the Federal Bureau of Prison's Inmate Financial Responsibility Program, are made to: United States District Court, Western District of Washington.  For restitution payments, the Clerk of the Court is to forward money received to the party(ies) designated to receive restitution specified at page _____ of this Judgment.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐   Joint and Several

Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐   The defendant shall pay the cost of prosecution.

☐   The defendant shall pay the following court cost(s):

☐   The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.